UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>JUAN FLORES ESCALANTE,<br><br>    Defendant. | CRIMINAL NO. 5:24-18-KKC-MAS-1<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

On March 8, 2024, Magistrate Judge Matthew A. Stinnett conducted the arraignment on the Indictment for this defendant. During the proceeding, the defendant advised the Court that he wished to enter a guilty plea to the sole count of the Indictment (DE #14). After conducting those proceedings, Judge Stinnett filed a Recommendation to Accept Guilty Plea (DE #16) and recommended that the defendant be adjudged guilty of Count 1 of the Indictment (DE #1) in this matter. No objections have been filed and having reviewed the record, the Court finds that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the Recommendation (DE #16) and ACCEPTS the defendant's guilty plea;

2) The defendant is ADJUDGED GUILTY of Count 1 of the Indictment (DE #1); and

3) This matter is set for a sentencing hearing on June 7, 2024 at 11:30 a.m. at Lexington, Kentucky.

This 21st day of March, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY